No. 819, Misc. ROBBINS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 820, Misc. STEWART v. SMITH, U. S. DISTRICT JUDGE. C. A. 6th Cir. Certiorari denied.

No. 823, Misc. SCOTT v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 840, Misc. O'CALLAHAN v. ATTORNEY GENERAL OF THE UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Doar* and *David L. Norman* for respondent.

No. 866, Misc. COGGINS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 871, Misc. CARDARELLA v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 880, Misc. GILMORE v. CALIFORNIA. Dist. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 881, Misc. FINLEY v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 888, Misc. FREEMAN v. MAXWELL, WARDEN. Sup. Ct. Ohio. Certiorari denied.